IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OSCAR H. BRANHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-859-C |
| | ) | |
| OKLAHOMA COURT OF CRIMINAL APPEALS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on August 11, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is adopted and this case is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 18th day of September, 2015.

ROBIN J. CAUTHRON
United States District Judge